STERLING MOTOR TRUCK CO. OF N. Y., INC., Appellant,
*v.* BELLA SCHUCHMAN, Respondent.

(Submitted December 12, 1932; decided December 16, 1932.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 358.)

FRANCIS E. DERAISMES, Respondent, *v.* HAROLD L. R. THOMAS et al., Appellants.

(Submitted December 12, 1932; decided December 16, 1932.)

Motion to amend remittitur granted; return of remittitur requested and when returned it will be amended so as to provide that the new trial is granted, with costs " to the appellants " to abide the event. (See 260 N. Y. 272.)

ARROW IRON WORKS, INC., Respondent, *v.* HARRY B. GREENE, Doing Business under the Name of H. B. GREENE CONTRACTING Co., et al., Defendants; BANK OF YORKTOWN, Appellant; NATIONAL SURETY COMPANY, Appellant and Respondent, and EMPIRE BRICK AND SUPPLY CORPORATION et al., Respondents.

(Submitted December 12, 1932; decided December 16, 1932.)

Motion for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 330.)